---

                      _/s/ L. R._
                 Honorable Linda B. Riegle
                United States Bankruptcy Judge

**Entered on Docket**
**March 05, 2014**

---

LOUIS M. BUBALA III, ESQ.
Nevada State Bar No. 8974
ARMSTRONG TEASDALE LLP
50 West Liberty, Suite 950
Reno, NV 89501
Telephone: 775.322.7400
Facsimile: 775.322.9049
Email: lbubala@armstrongteasdale.com

Attorneys for Jon E. Field and
Mountain Springs Development, LLC

ELECTRONICALLY FILED
March 3, 2014

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Bankr. Case No.: BK-S-12-14724-LBR |
| WILLIAM WALTER PLISE, | Chapter: 7 |
| Debtor. | |
| SHELLEY D. KROHN, CHAPTER 7 TRUSTEE, | Adv. Pro. No: 13-01046-LBR |
| Plaintiff, | **SUBSTITUTION OF COUNSEL AND ORDER REMOVING COUNSEL FROM ELECTRONIC SERVICE LIST** |
| v. | |
| MOUNTAIN SPRINGS DEVELOPMENT, LLC., et al., | |
| Defendants. | |

    Defendants Jon E. Field, and Mountain Springs Development, LLC ("MSD") in the above-referenced adversary proceeding hereby request and stipulate to the substitution of Jon E. Field, Esq. of GOLegalNV Ltd. in the place and stead of his attorneys of Record, Armstrong Teasdale LLP,

1

| | |
|---|---|
| 1 | specifically appearance by Louis M. Bubala III, Esq., Bret F. Meich, Esq. and Gordon R. Goolsby, Esq. in the above-captioned proceeding. |

Dated this ___ day of _____, 2014          Dated this 25th day of February, 2014

_____            _____
RANDY GEPP, Manager of MSD                JON E. FIELD

I, Louis M. Bubala III, Esq. of Armstrong Teasdale LLP, hereby consent to the substitution of Mr. Field of GOLegalNV Ltd., in the place and stead of Armstrong Teasdale LLP, as attorneys of record for Jon E. Field and MSD in the above-referenced proceeding.

DATED this __23__ day of __3__, 2014

_____
LOUIS M. BUBALA III, ESQ.
Nevada State Bar No. 8974
ARMSTRONG TEASDALE LLP
50 West Liberty, Suite 950
Reno, NV 89501
Telephone: 775.322.7400
Facsimile: 775.322.9049
Email: lbubala@armstrongteasdale.com

The undersigned hereby consents to the substitution of GOLegalNV Ltd., in the place and stead of Armstrong Teasdale LLP, as attorney of record for Jon E. Field, and MSD in the above-referenced proceeding.

DATED this __25th__ day of __February__, 2014

_____
JON E. FIELD, ESQ.
State Bar No. 7700
GOLegalNV Ltd.
4640 S. Eastern Avenue
Las Vegas, Nevada 89119
Tel: 702/489-4440
Fax: 702/489-4443

IT IS SO ORDERED that the Clerk shall remove Mr. Bubala from the electronic service list in this case.

###

2

specifically appearance by Louis M. Bubala III, Esq., Bret F. Meich, Esq. and Gordon R. Goolsby, Esq. in the above-captioned proceeding.

Dated this 2 day of March, 2014     Dated this 25th day of February, 2014

_____     _____
RANDY GEPP, Manager of MSD           JON E. FIELD

I, Louis M. Bubala III, Esq. of Armstrong Teasdale LLP, hereby consent to the substitution of Mr. Field of GOLegalNV Ltd., in the place and stead of Armstrong Teasdale LLP, as attorneys of record for Jon E. Field and MSD in the above-referenced proceeding.

DATED this _____ day of _____, 2014

_____
LOUIS M. BUBALA III, ESQ.
Nevada State Bar No. 8974
ARMSTRONG TEASDALE LLP
50 West Liberty, Suite 950
Reno, NV 89501
Telephone: 775.322.7400
Facsimile: 775.322.9049
Email: lbubala@armstrongteasdale.com

The undersigned hereby consents to the substitution of GOLegalNV Ltd., in the place and stead of Armstrong Teasdale LLP, as attorney of record for Jon E. Field, and MSD in the above-referenced proceeding.

DATED this 25th day of February, 2014

_____
JON E. FIELD, ESQ.
State Bar No. 7700
GOLegalNV Ltd.
4640 S. Eastern Avenue
Las Vegas, Nevada 89119
Tel: 702/489-4440
Fax: 702/489-4443

IT IS SO ORDERED that the Clerk shall remove Mr. Bubala from the electronic service list in this case.

###

2